___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

APR 12 2013

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

12-CV-05321-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STEPHANIE S. HODGE,  )
                     )   CASE NO. C12-5321-JLR
       Plaintiff,    )
                     )
   v.                )   ORDER OF REMAND
                     )
CAROLYN W. COLVIN,   )
Acting Commissioner of Social Security, )
                     )
       Defendant.    )
_____)

The Court has reviewed the entire record, including the Administrative Record, the memoranda of the parties, and the Report and Recommendation of United States Magistrate Judge Mary Alice Theiler. It is therefore ORDERED:

(1) The Court adopts the Report and Recommendation;

(2) The Court REMANDS this matter for further administrative proceedings; and

(3) The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

DATED this 12th day of April, 2013.

                              /s/ James L. Robart
                              JAMES L. ROBART
                              United States District Judge

ORDER OF REMAND
PAGE -1